

# Redemption Statement as of 7/17/2023

**TLOA-Levered**  Premium Not Included

| Account Reference: | 19-00043 | Custodian Reference: | v190081 |
|---|---|---|---|
| Entity: | Franklin Township - Gloucester County County, New Jersey | Property Location: | 1018 SWEDESBORO RD |
| Parcel Identifier: | 05  02404-0000-00017 | Owner: | MCCANN  BRENDA L |
| Block: | 2404 | Address: | 1018 SWEDESBORO RD |
| Lot: | 17 | | Monroeville NJ 08343 |
| Qualifier: | | | |
| Addl Lots: | | | |

| Issue Date: | 4/21/2020 | Balance Date: | 7/17/2023 | | |
|---|---|---|---|---|---|

## Balance Detail

| Tax Year | Interest Date | Type | Days of Interest | Interest Rate | Tax | Interest | Penalty | Fees | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 4/21/2020 | Certificate Original | 0 | 0.00% | $10,248.82 | $0.00 | $614.93 | $0.00 | $10,863.75 | $10,863.75 |
| 2019 | 4/21/2020 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $12.00 | $12.00 | $12.00 |
| 2019 | 5/22/2020 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $40.00 | $40.00 | $40.00 |
| 2019 | 5/27/2020 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $10.00 | $10.00 | $10.00 |
| 2019 | 6/16/2020 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020 | 6/19/2020 | Subsequent | 1108 | 18.00% | $4,707.60 | $2,608.01 | $0.00 | $0.00 | $7,315.61 | $7,315.61 |
| 2020 | 8/21/2020 | Subsequent | 1046 | 18.00% | $2,327.56 | $1,217.31 | $0.00 | $0.00 | $3,544.87 | $3,544.87 |
| 2020 | 11/25/2020 | Subsequent | 952 | 18.00% | $2,348.35 | $1,117.81 | $0.00 | $0.00 | $3,466.16 | $3,466.16 |
| 2021 | 2/19/2021 | Subsequent | 868 | 18.00% | $2,299.96 | $998.18 | $0.00 | $0.00 | $3,298.14 | $3,298.14 |
| 2021 | 5/21/2021 | Subsequent | 776 | 18.00% | $2,271.79 | $881.45 | $0.00 | $0.00 | $3,153.24 | $3,153.24 |
| 2021 | 8/20/2021 | Subsequent | 687 | 18.00% | $2,355.29 | $809.04 | $0.00 | $0.00 | $3,164.33 | $3,164.33 |
| 2021 | 12/3/2021 | Subsequent | 584 | 18.00% | $2,386.86 | $696.96 | $0.00 | $0.00 | $3,083.82 | $3,083.82 |
| 2022 | 2/25/2022 | Subsequent | 502 | 18.00% | $2,947.59 | $739.85 | $0.00 | $0.00 | $3,687.44 | $3,687.44 |
| 2022 | 7/15/2022 | Subsequent | 362 | 18.00% | $2,358.19 | $426.83 | $0.00 | $0.00 | $2,785.02 | $2,785.02 |
| 2022 | 11/25/2022 | Subsequent | 232 | 18.00% | $4,842.78 | $561.76 | $0.00 | $0.00 | $5,404.54 | $5,404.54 |
| 2019 | 12/22/2022 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $160.00 | $160.00 | $160.00 |
| 2019 | 1/10/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $15.00 | $15.00 | $15.00 |
| 2019 | 1/31/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $320.00 | $320.00 | $320.00 |
| 2019 | 2/10/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $405.00 | $405.00 | $405.00 |
| 2019 | 2/10/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | $300.00 |

| Year | Date | Type | | Rate | | | | | | |
|------|------|------|---|------|---|---|---|---|---|---|
| 2019 | 2/15/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $480.00 | $480.00 | $480.00 |
| 2019 | 2/16/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $10.00 | $10.00 | $10.00 |
| 2019 | 3/3/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $40.00 | $40.00 | $40.00 |
| 2019 | 3/3/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 | $20.00 |
| 2019 | 3/14/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $320.00 | $320.00 | $320.00 |
| 2019 | 4/7/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $110.00 | $110.00 | $110.00 |
| 2023 | 5/26/2023 | Subsequent | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019 | 5/31/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $640.00 | $640.00 | $640.00 |
| 2019 | 6/5/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $19.00 | $19.00 | $19.00 |
| 2019 | 6/5/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $52.00 | $52.00 | $52.00 |
| 2019 | 7/31/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $320.00 | $320.00 | $0.00 |
| 2019 | 8/7/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $69.00 | $69.00 | $0.00 |
| 2023 | 8/25/2023 | Subsequent | 0 | 18.00% | $2,460.58 | $0.00 | $0.00 | $0.00 | $2,460.58 | $0.00 |
| 2019 | 9/5/2023 | Fees | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $105.00 | $105.00 | $0.00 |
| 2024 | 2/23/2024 | Subsequent | 0 | 18.00% | $2,395.93 | $0.00 | $0.00 | $0.00 | $2,395.93 | $0.00 |
| Totals | | | | | $43,951.30 | $10,057.20 | $614.93 | $3,447.00 | $58,070.43 | $52,719.92 |

| Gloucester County Recording Data Page<br>Honorable James N. Hogan<br>Gloucester County Clerk | Official Use Only – Barcode |
|---|---|
| | *60 2020 00019913*<br>Docket: 00019913<br>Type: TAX   Pages: 3<br>James N. Hogan, Gloucester County Clerk<br>Receipt#: 395905   10:30:43A   Aug 28, 2020 |
| Official Use Only – Record & Return | Official Use Only – Realty Transfer Fee<br>16245 |
| Date of Document:<br>April 21, 2020 | Type of Document:<br>Certificate of Sale - Tax Sale Certificate |
| First Party Name:<br>Mccann, Brenda L | Second Party Name:<br>TLOA of NJ, LLC |
| Additional Parties: | |

**THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY**

| Block:<br>2404 | Lot:<br>17 |
|---|---|
| Municipality:<br>Township of Franklin | |
| Consideration: | |
| Mailing Address of Grantee: | |

**THE FOLLOWING SECTION IS FOR ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES, SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY**

| Original Book: | Original Page: |